## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  Criminal Docket no. 04-cr-63-P-S |
| SATHOUKA PUCH, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

Before the Court is Defendant's *pro se* Motion to Reduce Sentence and to Appoint Counsel (Docket # 61).  Having conducted an initial review of the Motion and the record, the Court has determined that the Defendant may be impacted by the recent revision of U.S.S.G § 1B1.10.  To represent and assist the defendant in connection with all proceedings, the Court hereby APPOINTS:

    John Paul DeGrinney, Esq
    1266 Congress Street
    Portland ME  04102
    (207) 756-8557

Counsel and the Defendant are hereby notified that the Court will be issuing a scheduling order.  The Government shall file its response to any pending motions in accordance with the Scheduling Order.

The Clerk is hereby directed to mail a copy of this Order to the Defendant.

SO ORDERED.

                                                /s/ George Z. Singal
                                              Chief U.S. District Judge

Dated this 4th day of April, 2008.